IN THE SUPREME COURT OF NORTH CAROLINA

No. 140A24

Filed 23 May 2025

ELIZABETH and JASON WHITE

v.

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES, FORSYTH COUNTY DEPARTMENT OF SOCIAL SERVICES, and CHILDREN'S HOME SOCIETY OF NORTH CAROLINA, INC.

Appeal pursuant to N.C.G.S. § 7A-30(2) (2023) and on discretionary review pursuant to N.C.G.S. § 7A-31 of the decision of a divided panel of the Court of Appeals, 293 N.C. App. 797 (2024), reversing an order entered on 16 September 2022 by Judge William Long in Superior Court, Forsyth County. Heard in the Supreme Court on 16 April 2025.

*Tiffany B. Massie for petitioner-appellants.*

*Jeff Jackson, Attorney General by Adrian W. Dellinger, Assistant Attorney General, for respondent-appellee Department of Health and Human Services.*

*Erica Glass for respondent-appellee Forsyth County Department of Social Services.*

*Michele G. Smith for respondent-appellee Children's Home Society of North Carolina, Inc.*

PER CURIAM.

Petitioners Elizabeth and Jason White appealed the decision of the Court of Appeals that held the superior court erred when it reversed the Department of Health and Human Services' decision to deny adoption assistance benefits to petitioners. *See*

*White v. N.C. Dep't of Health & Hum. Servs.*, 293 N.C. App. 797, 810 (2024). Having considered the opinion of the Court of Appeals, the record and briefs, and the oral arguments, we affirm the decision of the Court of Appeals for the reason stated in that decision. *See id.* at 803–10.

The Court cannot identify any differences between the issues presented in the notice of appeal and the issues presented in the petition for discretionary review. Thus, we conclude that the petition for discretionary review was improvidently allowed.

AFFIRMED; DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.